HORACE RUSSELL et al., as Executors and Trustees under the
Will of HENRY HILTON, Deceased, Appellants and Respond-
ents, *v.* EDWARD B. HILTON et al., Respondents.

ALBERT B. HILTON et al., Appellants; HELEN HILTON et al.,
Respondents and Appellants.

*Russell* v. *Hilton,* 80 App. Div. 178, affirmed.
(Argued June 9, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
6, 1903, which modified and affirmed as modified a judgment
of Special Term construing the will of Henry Hilton,
deceased.

*Jabish Holmes, Jr., Horace Russell* and *James·S. Darcy*
for plaintiffs, appellants and respondents.

*Franklin Bartlett* and *Morris J. Hirsch* for Albert B.
Hilton et al., appellants.

*J. Newton Fiero* and *Nathaniel S. Smith* for Helen Hilton et al., respondents and appellants.

*Welton C. Percy* and *George M. Wright* for Joseph F. Sanxay, appellant and respondent.

*Arthur H. Van Brunt* for E. Francis Hyde, appellant and respondent.

*Henry W. Taft* for Josephine Russell et al., appellants and respondents.

*David McClure* for Cornelia H. Hughes, respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.